No. 1238. RUSH ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 1266. OREGON *v.* BREWTON. Sup. Ct. Ore. Certiorari denied. *George Van Hoomissen* and *Jacob B. Tanzer* for petitioner.

No. 1271. SOMOLINOS *v.* HITT ET AL. Sup. Ct. P. R. Certiorari denied.

No. 1280. OERTLE ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Pat Malloy* for Oertle and *Robert S. Rizley* for McCague, petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States.

No. 1305. PAROUTIAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert J. Carluccio* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 1283. SEAS SHIPPING CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John Logan O'Donnell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Harry Baum* and *Loring W. Post* for respondent.

No. 1298. HEIDRICH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James L. Guilmartin* and *Stanley Jay Bartel* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Burton Berkley* for the United States.